DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Squires<br><br>Case below:<br>Pitt County<br>Superior Court | No. 428A00 | 1. Def's Motion to File Supplemental Brief<br><br>2. AG's Conditional Motion to File Supplemental Brief<br><br>3. Def's Motion to File Second Supplemental Brief | 1. Denied **07/16/03**<br><br>2. Denied **07/16/03**<br><br>3. Denied **07/16/03** |
| State v. Stillwell<br><br>Case below:<br>158 N.C. App. 314 | No. 314P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-847) | Denied |
| State v. Tart<br><br>Case below:<br>157 N.C. App. 366 | No. 228P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-675)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br><br>3. Denied |
| State v. Thompson<br><br>Case below:<br>157 N.C. App. 638 | No. 317P03 | 1. Def's Petition for Writ of Supersedeas (COA02-1220)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion for Temporary Stay<br><br>4. Def's Petition for Writ of Supersedeas | 1. Denied<br><br>2. Denied<br><br>3. Denied **06/24/03**<br>4. Denied |
| State v. Vassey<br><br>Case below:<br>154 N.C. App. 384 | No. 054P03 | Def's PWC to Review the Decision of the COA (COA02-229) | Denied |
| State v. Wall<br><br>Case below:<br>157 N.C. App. 143 | No. 241P03 | Def's PDR under N.C.G.S. § 7A-31 (COA02-115) | Denied |
| State v. Williams<br><br>Case below:<br>157 N.C. App. 576 | No. 333P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1334)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Wilson<br><br>Case below:<br>158 N.C. App. 315 | No. 360A03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1106)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed |